# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00700-CV

### In re Joseph R. Willie, II and Shalanda D. Moore

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of prohibition is denied. *See* Tex. R. App. P. 52.8(a). The motion for emergency stay is overruled.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: October 25, 2012